■ NORA E. NORTH et al., Respondents, v MORRIS PEARLMUTTER, Appellant.—Order, Supreme Court, New York County (Helen E. Freedman, J.), entered on or about June 20, 1991, unanimously dismissed as non-appealable *(see, Tracy v Islam,* 127 AD2d 928, 929), without costs or disbursements. No opinion. Concur—Milonas, J. P., Rosenberger, Kupferman and Ross, JJ.